Motion GRANTED for extension to 4/29/2026.

DONNA HOWELL, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

QUALDERM PARTNERS, LLC,

        Defendant.

Case No.: 3:26-cv-00256

Judge Aleta A. Trauger

## STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and LR6.01, Defendant QualDerm Partners, LLC ("QualDerm"), moves for an extension of time to answer or otherwise respond to Plaintiff Donna Howell's ("Plaintiff") Class Action Complaint ("Complaint"), up to and including April 29, 2026. Plaintiff stipulates to the relief requested in this motion. Good cause exists to grant this extension on the following grounds:

1. On March 5, 2026, Plaintiff filed a Complaint in the United States District Court for the Middle District of Tennessee. (Dkt. No. 1.)

2. On March 9, 2026, Plaintiff served QualDerm with the Complaint. (Dkt. No. 11.)

3. Pursuant to Fed. R. Civ. P. 81(c)(1)(C), Defendant's current deadline to answer or otherwise respond to the Complaint is March 30, 2026.

4. As of the date of filing this motion, at least fourteen other related putative class actions have been filed in the Middle District, all of which arise out of the same facts and circumstances as Plaintiff's Complaint:

    a. *Dawna Binion v. QualDerm Partners, LLC,* Case No. 3:26-cv-00207.